UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GARNES,

                Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                Defendants.

24-cv-9385 (KMW)

CIVIL JUDGMENT

For the reasons stated in the July 16, 2025, order, Plaintiff's federal claims under 42 U.S.C. § 1983, DISMISSED for failure to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 18, 2025
            New York, New York

                                          /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                        United States District Judge